# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | |
|---|---|
| United States of America<br>v.<br><br>**CARLOS SIMON-TIMMERMAN**<br>*Defendant* | )<br>)<br>)  Case No. 09-589 (M)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __8/11/09__ in the county of __Carolina__ in the __Judicial__ District of __Puerto Rico__, the defendant violated __18__ U.S.C. § __2252(a)(4)(B) and 2252(a)(1)__, an offense described as follows:

The defendant herein knowingly possessed one or more matters which contained visual depictions of a minor engaging in sexually explicit conduct, and such visual depictions had been transported using any means of facility of interstate or foreign commerce or in or affecting foreign commerce, or were produced using materials which had been mailed or so shipped or transported, and the producing of such visual depictions involved the use of a minor engaging in sexually explicit conduct and were of such conduct; that is: the defendant herein, knowingly possessed images, in video format contained in a digital video disk, of actual minors engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2).

The defendant herein knowingly transported, using any means of facility of interstate or foreign commerce or in or affecting foreign commerce, visual depictions of a minor engaging in sexually explicit conduct, and the producing of such visual depictions involved the use of a minor engaging in sexually explicit conduct and were of such conduct; that is: the defendant herein, knowingly transported images, in video format contained in a digital video disk, of actual minors engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2). All in violation of Title 18, United States Code, Sections 2252(a)(1) and 2252(a)(4)(B).

This criminal complaint is based on these facts:

See attached Affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Alek Pacheco, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __8/12/09__

City and state: __SAN JUAN, PUERTO RICO__

_____
*Judge's signature*

MARCOS E. LÓPEZ, U.S. MAGISTRATE JUDGE
*Printed name and title*