# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

BEFORE HONORABLE FRANCISCO A. BESOSA     **CV NO:** 09-296 (FAB)

COURTROOM DEPUTIES:   Gladys Romañach     **DATE:**  April 5, 2010

COURT REPORTER:   Rolayne Volpe

COURT INTERPRETER:   Tom Kavelin

================================================================

                         **ATTORNEYS:**

UNITED STATES OF AMERICA          Jenifer Hernandez

vs.

CARLOS ALFREDO SIMON-TIMMERMAN     Hector Ramos-Vega
                                                 Melanie Carrillo

================================================================

     CASE CALLED FOR JURY TRIAL (1st Day).  The jury was impaneled and sworn in. Preliminary instructions were given by the Court.

     The jury is brought into Court and opening statements by AUSA Jenifer Hernandez and AFPD Melanie Carrillo were heard.

     The testimonies of Government's witnesses, Marvin Matos-Nazario and Rebecca Gonzalez, were heard.

     Housekeeping matters were discussed after the jury was excused for the day.

     Defense counsel informed the withdrawal of the subpoena to Alek Pacheco.

     Further jury trial will resume on Tuesday, April 6, 2010 at 2:00 pm.

                                      *s/Gladys Romañach*
                                      Gladys Romañach
                                      Courtroom Deputy Clerk

Exhibits admitted:
Government's 1, 2a, 2b, 3, 4, 5a, 5b, 6a, 6b.

*Snacks shall be provided to the jury until the conclusion of this case.*