# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

BEFORE HONORABLE FRANCISCO A. BESOSA        **CV NO:** 09-296 (FAB)

COURTROOM DEPUTIES:  Gladys Romañach        **DATE:** April 7, 2010

COURT REPORTER:  Rolayne Volpe

COURT INTERPRETER:  Tom Kavelin / Felix Toledo

===============================================================

**ATTORNEYS:**

UNITED STATES OF AMERICA        Jenifer Hernandez

vs.

CARLOS ALFREDO SIMON-TIMMERMAN        Hector Ramos-Vega
Melanie Carrillo

===============================================================

CASE CALLED FOR FURTHER JURY TRIAL (3rd day).  The jury is brought into Court.

The testimony of defendant's witness, Zuleydy Piedrahita-Vergara (with the assistance of Court interpreter Tom Kavelin) is heard.  Direct.

Out of the presence of the jury and after a conference in chambers, the Government requested the dismissal of the indictment against Carlos Simon-Timmerman.  Defense counsel consented to the dismissal. The Court granted the request for dismissal.  Exhibits were returned to the parties.    Judgment will follow.

Jury was dismissed.

*s/Gladys Romañach*
Gladys Romañach
Courtroom Deputy Clerk

Defendants Exhs. A, B, admitted.