# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CARLOS ALFREDO SIMON-TIMMERMAN [1]<br><br>Defendant. | 09-CR-296(FAB) |

## JUDGMENT OF DISCHARGE

It appearing that defendant **Carlos Alfredo Simon-Timmerman** has been charged of the offenses of:

    Count One: Possession of one or more matters containing visual depictions of a minor engaging in sexually explicit conduct and such depictions being transported in interstate and foreign commerce (18:2252(a)(4)(B))

    Count Two: Transportation in interstate and foreign commerce of DVDs depicting female minors engaged in sexually explicit conduct (18:2252(a)(1))

[ ]    The Court has granted the motion of the defendant for judgment of acquittal, pursuant to Rule 29(a) of the Federal Rules of Criminal Procedure; or

[X]    The Court has granted the motion of the government for dismissal, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure; or

[ ]    The Court has dismissed the charges for unnecessary delay, pursuant to Rule 48(b) of the Federal Rules of Criminal Procedure.

It is therefore ORDERED and ADJUDGED that the defendant be, and is hereby DISCHARGED WITH PREJUDICE as to the aforementioned charges.

In San Juan, Puerto Rico, April 7, 2010.

                                            *s/Francisco A. Besosa*
                                            FRANCISCO A. BESOSA
                                    UNITED STATES DISTRICT JUDGE