# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

**EXHIBIT LIST**

v.

Case Number: 09-296(FAB)

1- Carlos Alfredo Simon-Timmerman

| PRESIDING JUDGE | GOVERNMENT'S ATTORNEY | DEFENDANTS' ATTORNEYS |
|---|---|---|
| FRANCISCO A. BESOSA | Jenifer Hernandez | Hector Ramos-Vega<br>Melanie Carrillo |
| **TRIAL DATES:**<br>April 5, 2010 | **COURT REPORTER**<br>Rolayne Volpe | **COURTROOM DEPUTY**<br>Gladys Romañach |

| DFT. DOC. NUMBER | DATE OFFERED | MARKED AS | DATE ADMITTED AS AN EXH | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| A | 04-07-2010 | EXH | 04-07-2010 | ID cards of Zuleydy Piedrahita-Vergara |
| B | 04-07-2010 | EXH | 04-07-2010 | Passport (Colombia) of Zuleydy Piedrahita-Vergara |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | RETURNED TO DEFENDANT ON 4/7/2010 |
| | | | | |
| | | | | *(signature)* |
| | | | | Melanie Carrillo-Jimenez |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.
*Exhibit under the custody of the Government.